FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR 20  AM 8:46

LORETTA G. WHYTE
       CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NO: 97-340 |
| GERMAN ALARCON | * | SECTION: "D" |

### ORDER AND REASONS

Before the court is the **"Motion for Relief Pursuant to Rule 60(b) of the Federal Rules of Civil procedure 28 U.S.C.A."** filed by German Alarcon. The court construes this motion as a successive §2255 motion[1] "which must be certified ... by a panel of the appropriate court of appeals to contain ... a new rule of constitutional law, made retroactive to cases on collateral review by the Supreme Court, that was previously unavailable." 28 U.S.C. §2255 ¶8(2).

Accordingly;

**IT IS ORDERED** that German Alarcon's **"Motion for Relief Pursuant to Rule 60(b) of the Federal Rules of Civil procedure 28**

---

[1] On February 28, 2001, German Alarcon filed his first §2255 motion (Doc. No. 245) which this court denied. (*See* Docs. Nos. 249 & 250). On December 12, 2002, the Fifth Circuit denied Alarcon's motion for a certificate of appealability to appeal this court's denial of his §2255 motion. (*See* Doc. No. 259).



**U.S.C.A.,"** *construed as a successive § 2255 Motion,* be and is hereby **TRANSFERRED** to the United States Fifth Circuit Court of Appeals under the authority of 28 U.S.C. § 1631 for that Court to determine whether Petitioner Alarcon is authorized under 28 U.S.C. § 2255 and § 2244(b)(3)(A), to file the instant motion in this District Court.

New Orleans, Louisiana, this **14th** day of **March**, 2006.

_____
A.J. McNAMARA
UNITED STATES DISTRICT JUDGE